UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ X
SHEILA BIGLANG AWA CASTRO,

        Plaintiff,

  vs.

SAKS FIFTH AVENUE LLC,

        Defendant.
------------------------------------------------------ X

Case No. 17-cv-09028 (RWS)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that I, Douglas T. Schwarz, of the law firm Morgan, Lewis & Bockius LLP, hereby enter my appearance as counsel of record for Defendant Saks Fifth Avenue LLC in the above-captioned action. I certify that I am admitted to practice before this Court.

Dated: New York, NY
       January 19, 2018

                      MORGAN, LEWIS & BOCKIUS LLP

                      By: /s/ *Douglas T. Schwarz*
                           Douglas T. Schwarz
                           101 Park Avenue
                           New York, New York 10178
                           (212) 309-6000

*Attorneys for Defendant Saks Fifth Avenue LLC*