UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ X
SHEILA BIGLANG AWA CASTRO,

        Plaintiff,

vs.

SAKS FIFTH AVENUE LLC,

        Defendant.
------------------------------------------------------ X

Case No. 17-cv-09028 (RWS)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that I, Regina Schaffer-Goldman, of the law firm Morgan, Lewis & Bockius LLP, hereby enter my appearance as counsel of record for Defendant Saks Fifth Avenue LLC in the above-captioned action. I certify that I am admitted to practice before this Court.

Dated: New York, NY
       January 19, 2018

                MORGAN, LEWIS & BOCKIUS LLP

                By: /s/ *Regina Schaffer-Goldman*
                      Regina Schaffer-Goldman (RS-0630)
                      101 Park Avenue
                      New York, New York 10178
                      (212) 309-6000

                *Attorneys for Defendant Saks Fifth Avenue LLC*