# Morgan Lewis

**Douglas T. Schwarz**
212-309-6890
douglas.schwarz@morganlewis.com

[RECEIVED stamp - JUDGE SWEET CHAMBERS]

February 15, 2018

**VIA ECF**

The Honorable Robert W. Sweet
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Castro v. Saks Fifth Avenue LLC*, No. 1:17-cv-09028 (RWS)
      Request to Extend Defendant's Time to Answer, Move or Otherwise Respond to the Complaint

Dear Judge Sweet:

This firm represents Defendant Saks Fifth Avenue LLC ("Saks") in the above-referenced action. Pursuant to Rule 1.E. of Your Honor's Individual Practices, we write with the consent of Plaintiff's counsel to respectfully request that the Court extend Saks's time to answer, move, or otherwise respond to the Complaint, from the current due date of February 19, 2018 to March 21, 2018.

In support of this request, the parties state that they are engaged in an effort to resolve the case and thereby avoid the need for any further proceedings. The requested extension would enable the parties to avoid the costs attendant to the response and instead focus on resolution of the case.

This is the second request for an extension of Saks's time to file a responsive pleading. The first request was granted (Doc. 12). As noted, counsel for Plaintiff consents to this request.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ Douglas T. Schwarz

Douglas T. Schwarz
Attorney for Defendant

cc:   All counsel of record (via ECF)

*So ordered
Sweet USDJ
2-16-18*

Morgan, Lewis & Bockius LLP

101 Park Avenue
New York, NY  10178-0060           ☏ +1.212.309.6000
United States                      ☏ +1.212.309.6001