# Morgan Lewis



**Douglas T. Schwarz**
Partner
+1.212.309.6890
Douglas.schwarz@morganlewis.com

March 19, 2018

**Via ECF**
The Honorable Robert W. Sweet
United States District Judge
United States District Court
 For the Southern District of New York
500 Pearl Street
New York, New York 10007



**Re:   Castro v. Saks Fifth Avenue, LLC, No. 1:17-cv-09028-RWS**
       **Request to Extend Defendant's Time to Respond to Complaint**

Dear Judge Sweet:

We represent defendant Saks Fifth Avenue LLC ("Saks") in the above-referenced action. Pursuant to Rule 1(E) of Your Honor's Individual Practices, we write with the consent of counsel for plaintiff Sheila Biglang Awa Castro ("Plaintiff"), respectfully to request that the Court extend Saks's time to respond to the Complaint from March 21, 2018, to April 23, 2018.

In support of this request, Saks states that the parties continue to engage in productive settlement discussions, and believe that this extension of time will allow the parties to focus their time and attention on a possible early resolution of this action, which the parties are hopeful will be reached prior to the requested extension date.

This is the third request for an extension of Saks's time to file a responsive pleading. Saks's response was originally due on January 3, 2018. Your Honor granted Saks's first and second requests for an extension. As noted, counsel for Plaintiff consents to this request. This extension will not affect the conference scheduled before the Court on May 15, 2018, which is the only other date scheduled in this action.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Douglas T. Schwarz*

Douglas T. Schwarz
*Attorney for Defendant*

cc: All Counsel of Record (via ECF)

So ordered
Sweet USDJ
3-20-18

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY 10178-0060     ☎ +1.212.309.6000
United States               🖷 +1.212.309.6001