# Morgan Lewis

**Douglas T. Schwarz**
Partner
+1.212.309.6890
Douglas.schwarz@morganlewis.com

May 24, 2018

**Via ECF**
The Honorable Robert W. Sweet
United States District Judge
United States District Court
  For the Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:    Castro v. Saks Fifth Avenue, LLC, No. 1:17-cv-09028-RWS**
       **Request to Extend Deadline to Restore Action to Calendar**

Dear Judge Sweet:

We write on behalf of counsel for all parties to request a two-week extension – from May 24, 2018 to June 7, 2018 – of the deadline to restore the above-referenced action to the Court's calendar. This is the parties' first request to extend the deadline to restore the action to the Court's calendar, and the parties submit that this brief extension will permit them to finalize the terms of their written settlement agreement.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Douglas T. Schwarz*

Douglas T. Schwarz
*Attorney for Defendant*

cc: All Counsel of Record (via ECF)

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060          +1.212.309.6000
United States                     +1.212.309.6001