# Morgan Lewis

**Douglas T. Schwarz**
Partner
+1.212.309.6890
Douglas.schwarz@morganlewis.com

June 5, 2018

**Via ECF**
The Honorable Robert W. Sweet
United States District Judge
United States District Court
  For the Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:   Castro v. Saks Fifth Avenue, LLC, No. 1:17-cv-09028-RWS**
**Request to Extend Deadline to Restore Action to Calendar**

Dear Judge Sweet:

We represent defendant Saks Fifth Avenue, LLC ("Saks") in the above-reference action. Pursuant to Rule 1(E) of Your Honor's Individual Practices, we write with the consent of counsel for Plaintiff Sheila Biglang Awa-Castro ("Plaintiff") to request a two-week extension – from June 7, 2018 to June 21, 2018 – of the deadline to restore the above-referenced action to the Court's calendar.

This is the second request to extend the deadline to restore the action to the Court's calendar, and the Saks submits that this brief extension will permit the parties to finalize the terms of their written settlement agreement.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

/s/ Douglas T. Schwarz

Douglas T. Schwarz
Attorney for Defendant

cc: All Counsel of Record (via ECF)

*So ordered*
*Sweet USDJ*
*6-6-18*

Morgan, Lewis & Bockius LLP

101 Park Avenue
New York, NY  10178-0060
United States

+1.212.309.6000
+1.212.309.6001