# Morgan Lewis



**Douglas T. Schwarz**
Partner
+1.212.309.6890
Douglas.schwarz@morganlewis.com

June 21, 2018

**Via ECF**
The Honorable Robert W. Sweet
United States District Judge
United States District Court
 For the Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:   Castro v. Saks Fifth Avenue, LLC, No. 1:17-cv-09028-RWS**
      **Request to Extend Deadline to Restore Action to Calendar**

Dear Judge Sweet:

We represent defendant Saks Fifth Avenue, LLC ("Saks") in the above-referenced action. Pursuant to Rule 1(E) of Your Honor's Individual Practices, we write with the consent of counsel for Plaintiff Sheila Biglang Awa-Castro ("Plaintiff") to request a two-week extension of time – from June 21, 2018 to July 5, 2018 – to restore the action to the Court's calendar.

This is the third request to extend the deadline to restore the action to the Court's calendar, and Saks submits that this brief extension will permit the parties to resolve the final outstanding terms of their written settlement agreement.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

/s/ Douglas T. Schwarz

Douglas T. Schwarz
*Attorney for Defendant*

cc: All Counsel of Record (via ECF)

So ordered.
[signature] Sweet USDJ
6.22.18

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY 10178-0060       +1.212.309.6000
United States                 +1.212.309.6001