# Morgan Lewis

**Douglas T. Schwarz**
Partner
+1.212.309.6890
Douglas.schwarz@morganlewis.com

July 3, 2018

**Via ECF**
The Honorable Robert W. Sweet
United States District Judge
United States District Court
  For the Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:    Castro v. Saks Fifth Avenue, LLC, No. 1:17-cv-09028-RWS
       Request to Extend Deadline to Restore Action to Calendar**

Dear Judge Sweet:

We represent defendant Saks Fifth Avenue, LLC ("Saks") in the above-reference action.  Pursuant to Rule 1(E) of Your Honor's Individual Practices, we write with the consent of counsel for Plaintiff Sheila Biglang Awa-Castro ("Plaintiff") to request a 30-day extension – from July 5, 2018 to August 5, 2018 – of the deadline to restore the above-referenced action to the Court's calendar.

This is the fourth and final request to extend the deadline to restore the action to the Court's calendar, and the parties submit that this extension will permit them to conclude the matter with the filing of a stipulation of dismissal.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Douglas T. Schwarz*

Douglas T. Schwarz
*Attorney for Defendant*

cc: All Counsel of Record (via ECF)

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060          +1.212.309.6000
United States                     +1.212.309.6001